IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:21-cv-02293 - PAB**

PHILIP MILLER,

    Plaintiff,

v.

DDH TRUCKING INC AND FEDEX GROUND PACKAGE SYSTEM, INC.

Defendant.

## NOTICE OF SETTLEMENT

Plaintiff, Philip Miller, by and through his counsel of record, herby gives notice to the Court that the parties have agreed to resolve all claims brought by Plaintiff against Defendants in the above-entitled matter.

1. A formal stipulation and order for dismissal will be presented within a reasonable time.

Respectfully submitted this 6th day of December, 2021.

        By: s/s *Kevin Flesch*
        Kevin Flesch, #27278
        FLESCH AND BECK LAW
        333 W. Hampden Avenue # 710
        Englewood, Colorado 80110
        Tel No: (303) 806-8886
        Email: Kevinflesch@fleschlawfirm.com
        ***Attorney for Plaintiff Philip Miller***

# CERTIFICATE OF MAILING

The undersigned does hereby certify that on 6th December, 2021, a copy of the foregoing **NOTICE OF SETTLEMENT** was filed with Clerk of the Court using the CM/ECF system which will send notifications of such filing to the following email addresses:

Juan S. Ramirez, #55756
Teresa G. Akkara, #56108
**WHEELER TRIGG O'DONNELL LLP,**
370 17th Street, Suite 4500
Denver, CO 80202
Tel No: (303) 244-1800
Fax No: (303) 244-1879
E-mail: ramirez@wtotrial.com
akkara@wtotrial.com

*Attorneys for Defendant FedEx Ground Package Systems, Inc.*

*s/Liana Visagie*
Paralegal